# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | CRIM. No. 21-290 (AET) |
| v. | ORDER POSTPONING<br>DATE OF SURRENDER FOR<br>SERVICE OF SENTENCE |
| YANIRA MEDINA-ROMAN | |

This matter, having been opened to the Court by Brian P. Reilly, Esq., counsel for defendant, Yanira Medina-Roman, for an order postponing the date of surrender for service of sentence imposed by this Court on February 25, 2022;

And the defendant having been previously directed to surrender for service of the sentence on March 25, 2022;

And the defendant, seeking an order to permit surrender on a future date and at the institution so designated by the Bureau of Prisons;

And for good cause shown;

It is ORDERED this 22nd day of March, 2022, that the defendant, Yanira Medina-Roman shall surrender for service of sentence by 12:00 noon on May 2, 2022;

All conditions of release remain in full force and effect.

_____
Anne E. Thompson
U.S. District Court Judge