PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Yanira Medina-Roman          Cr.: 21-00290-001
                                                                    PACTS #: 7338801

Name of Sentencing Judicial Officer:   THE HONORABLE ANNE E. THOMPSON
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/25/2022

Original Offense:   Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343], a Class C Felony

Original Sentence: 24 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment Fee, Restitution, Alcohol/Drug Testing and Treatment, Consent to Search, Financial Disclosure, Gang/Criminal Associations Prohibition, Life Skills/Education, Mental Health Treatment, New Debt Restrictions, Self-Employment/Business Disclosure, Supporting Dependents, Forfeiture

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/23/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The individual under supervision has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On November 1, 2023, the Berlin Township Police Department was dispatched to Medina-Roman's home for a domestic violence incident. Medina-Roman allegedly struck her boyfriend, V.M. with the rear bumper of a vehicle while in reverse, causing injuries to his knee. He did tell the police that he did not think she hit him intentionally. When officers attempted to arrest Medina-Roman, she resisted arrest by attempting to pull away from them and then began banging her head into the car. Medina-Roman was arrested and transported to the Camden County jail.

V.M. refused a temporary restraining order (TRO) while at the Berlin Township Police Department. Medina-Roman did apply for a TRO based on the behavior she alleged occurred prior to this arrest.

Medina-Roman was charged with simple assault and resisting arrest. On November 8, 2023, she was released on bail, and her charges were downgraded to disorderly person offenses and returned to municipal court. Her next court date is scheduled for December 14, 2023.

Prob 12A – page 2
Yanira Medina-Roman

U.S. Probation Officer Action:
The undersigned officer is in the process of obtaining copies of the TRO, and the accounts from both Medina-Roman and her boyfriend. The probation officer will also be monitoring the case with the Berlin Township Municipal Court since the charges were recently downgraded to disorderly person offenses. The undersigned officer is requesting no court action at this time; however, once all of the reports are gathered and more information is available, we will promptly notify the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  BETHANY CREDE
U.S. Probation Officer

/ bc

APPROVED:

_____   11/15/23
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/15/23
_____
Date